**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RAYMOND IRVIN,            )<br>                          )<br>        Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>MICHAEL J. ASTRUE,         )<br>Commissioner of the Social )<br>Security Administration,   )<br>                          )<br>        Defendant.         )<br>_____) | Case No. EDCV 11-23 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

March 14, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge